GLENBROOK COMPANY, INC., Respondent, *v.* EUDORA F. WALSH, Appellant.

First Department, June 1, 1923.

See headnote in *Glenbrook Co., Inc.,* v. *Hall* (*ante,* p. 593).

APPEAL by the defendant, Eudora F. Walsh, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 2d day of January, 1923, denying defendant's motion for judgment dismissing the complaint made upon the ground that it appears upon the face thereof that it does not state facts sufficient to constitute a cause of action.

*Griggs, Baldwin & Baldwin* [*Edwin N. Moore* of counsel; *Martin Conboy* with him on the brief], for the appellant.

*M. S. & I. S. Isaacs* [*Lewis M. Isaacs* of counsel], for the respondent.

SMITH, J.:

For the reasons stated in *Glenbrook Co., Inc.,* v. *Hall* (205 App. Div. 593), decided herewith, the order should be reversed, with ten dollars costs and disbursements, and the motion to dismiss the complaint granted, with ten dollars costs, with leave to plaintiff to serve an amended complaint within ten days on payment of said costs.

CLARKE, P. J., DOWLING, FINCH and McAVOY, JJ., concur.

Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to plaintiff to serve an amended complaint within ten days on payment of said costs.